CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
KELSEY J. FISCHER, ESQ. / SBN: 292262
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CANDACE HOLGERSON, ARVID HOLGERSON, P.H., a minor by and through his Guardian *ad Litem*, CANDACE HOLGERSON, and B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON | Case No.: |
| | **COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL (Personal Injury)** |
| Plaintiffs, | |
| v. | |
| L & L TRUCKING LLC and JESUS EUTIMIO SERRANO HERNANDEZ, | |
| Defendants. | |

_____

## **COMPLAINT**

1.      Plaintiffs are CANDACE HOLGERSON, ARVID HOLGERSON, P.H., a minor by and through his Guardian ad Litem CANDACE HOLGERSON, and B.H., a minor by and through her Guardian ad Litem CANDACE HOLGERSON. Plaintiffs are residents of the County of Solano, California.

2.      Defendant L & L TRUCKING LLC is a Nebraska corporation with a registered agent of: Larry Paulsen, 56509 875 Road, Coleridge, NE 68727. Defendant JESUS EUTIMIO SERRANO HERNANDEZ is an employee and/or of Defendant L & L TRUCKING LLC and a resident of Wyoming.

///

---

**Complaint; Demand for Jury Trial**

3.    <u>JURISDICTION</u>.  This Court has original jurisdiction under 28 U.S.C. Section 1332. Plaintiffs are residents of Solano County California.  Defendant L & L TRUCKING LLC is a Nebraska corporation.   The incident which is the subject of this complaint occurred in Solano County, California. The amount in controversy exceeds the sum of $75,000.   Plaintiffs CANDACE HOLGERSON, ARVID HOLGERSON, P.H., a minor by and through his Guardian *ad Litem* CANDACE HOLGERSON, and B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON received medical care for her injuries giving rise to this lawsuit.

4.    <u>VENUE</u>. Venue is appropriate pursuant to 28 U.S.C. Section 1391, in that a substantial part of the events relating to personal injury damages occurred in the Eastern District of California.  Plaintiffs reside in the Eastern District of California. The subject motor vehicle collision occurred in the Eastern District of California. The medical care for Plaintiffs CANDACE HOLGERSON, ARVID HOLGERSON, P.H., a minor by and through his Guardian *ad Litem* CANDACE HOLGERSON, and B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON occurred in the Eastern District of California and future medical care is likely to be in the Eastern District of California.   All non-economic damages were and will continue to be sustained in the Eastern District of California. Further, Defendant does business within the State of California and the County of Solano.

5.    <u>FACTS:</u> On June 23, 2022, Plaintiffs CANDACE HOLGERSON, ARVID HOLGERSON, P.H., a minor by and through his Guardian *ad Litem* CANDACE HOLGERSON, and B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON were driving eastbound on Midway Road near Robben Road in the County of Solano, State of California.  At the same time and general location, Defendant JESUS EUTIMIO SERRANO HERNANDEZ was driving a 2021 Kenworth tractor-trailer owned by Defendant L & L TRUCKING LLC while in the course and scope of his employment with Defendant L & L TRUCKING LLC, northbound on Robben Road.  Defendant JESUS EUTIMIO SERRANO HERNANDEZ failed to stop for a stop sign, in violation of California Vehicle Code section 22450 (a), striking the Plaintiffs' vehicle, thereby causing injuries and damages to Plaintiffs.

///

-2-

**Complaint; Demand for Jury Trial**

**FIRST CLAIM FOR RELIEF**

**(Personal Injuries: CANDACE HOLGERSON)**

Plaintiff CANDACE HOLGERSON complains against Defendants L & L TRUCKING and JESUS EUTIMIO SERRANO HERNANDEZ and alleges as follows:

6.    Defendants L & L TRUCKING LLC and JESUS EUTIMIO SERRANO HERNANDEZ were the operators and/or owners of the subject vehicle.

7.    Defendants JESUS EUTIMIO SERRANO HERNANDEZ was the agent, employee or contractor of Defendant L & L TRUCKING LLC and was at all times acting within the course and scope of said agency, employment or contract, and with the permission, knowledge and consent of Defendant L & L TRUCKING LLC.

8.    Defendant L & L TRUCKING LLC also negligently hired, trained, and/or supervised Defendant JESUS EUTIMIO SERRANO HERNANDEZ in such a fashion as to cause and/or contribute to the occurrence of the incident described herein.

9.    Defendants, and each of them, negligently entrusted, managed, maintained, drove, operated, repaired, manufactured and designed the vehicle so as to cause the collision and the resulting injuries and damages to Plaintiffs.

10.    As a result of the negligence of Defendants, Plaintiff CANDACE HOLGERSON suffered personal / bodily injuries, resulting in economic and non-economic damages.  Economic damages include, but are not limited to, (1) past and future medical and/or ancillary related expenses, (2) past and future income and/or earning capacity loss, (3) loss of ability to provide household services, and (4) incidental and consequential damages and/or property damage and loss of use.  Non-economic damages include, but are not limited to (1) past and future physical and mental suffering, (2) loss of enjoyment of life, (3) physical impairment, (4) inconvenience, (5) anxiety, and (6) emotional distress.

11.    That Plaintiff CANDACE HOLGERSON is the wife of Plaintiff ARVID HOLGERSON and mother to Plaintiffs P.H. and B.H.  That Plaintiff CANDACE HOLGERSON observed her husband and children suffer from the injuries described herein at the time of the subject incident and as a consequence of the aforementioned conduct of Defendants, and each of them, and sustained

**Complaint; Demand for Jury Trial**

emotional distress from such observation of the injuries sustained by her husband and children, caused by the aforementioned conduct of the Defendants.

Plaintiff CANDACE HOLGERSON prays for judgment against Defendants for:

a.    Non-economic damages in excess of the jurisdictional limit of this Court;

b.    All medical and incidental expenses according to proof;

c.    All loss of earnings according to proof;

d.    Prejudgment interest to the extent permitted by law;

e.    All costs of suit; and

f.    Such other and further relief as this Court may deem just and proper.

## SECOND CLAIM FOR RELIEF

## (Personal Injuries: ARVID HOLGERSON)

Plaintiff ARVID HOLGERSON complains against Defendants L & L TRUCKING and JESUS EUTIMIO SERRANO HERNANDEZ and alleges as follows:

12.    Defendants L & L TRUCKING LLC and JESUS EUTIMIO SERRANO HERNANDEZ were the operators and/or owners of the subject vehicle.

13.    Defendants JESUS EUTIMIO SERRANO HERNANDEZ was the agent, employee or contractor of Defendant L & L TRUCKING LLC and was at all times acting within the course and scope of said agency, employment or contract, and with the permission, knowledge and consent of Defendant L & L TRUCKING LLC.

14.    Defendant L & L TRUCKING LLC also negligently hired, trained, and/or supervised Defendant JESUS EUTIMIO SERRANO HERNANDEZ in such a fashion as to cause and/or contribute to the occurrence of the incident described herein.

15.    Defendants, and each of them, negligently entrusted, managed, maintained, drove, operated, repaired, manufactured and designed the vehicle so as to cause the collision and the resulting injuries and damages to Plaintiffs.

16.    As a result of the negligence of Defendants, Plaintiff ARVID HOLGERSON suffered personal / bodily injuries, resulting in economic and non-economic damages.  Economic damages include, but are not limited to, (1) past and future medical and/or ancillary related expenses, (2)

-4-

**Complaint; Demand for Jury Trial**

past and future income and/or earning capacity loss, (3) loss of ability to provide household services, and (4) incidental and consequential damages and/or property damage and loss of use. Non-economic damages include, but are not limited to (1) past and future physical and mental suffering, (2) loss of enjoyment of life, (3) physical impairment, (4) inconvenience, (5) anxiety, and (6) emotional distress.

17.    That Plaintiff ARVID HOLGERSON is the husband of Plaintiff CANDACE HOLGERSON and father to Plaintiffs P.H. and B.H.  That Plaintiff ARVID HOLGERSON observed his wife and children suffer from the injuries described herein at the time of the subject incident and as a consequence of the aforementioned conduct of Defendants, and each of them, and sustained emotional distress from such observation of the injuries sustained by his wife and children, caused by the aforementioned conduct of the Defendants.

Plaintiff ARVID HOLGERSON prays for judgment against Defendants for:

a.    Non-economic damages in excess of the jurisdictional limit of this Court;

b.    All medical and incidental expenses according to proof;

c.    All loss of earnings according to proof;

d.    Prejudgment interest to the extent permitted by law;

e.    All costs of suit; and

f.    Such other and further relief as this Court may deem just and proper.

**THIRD CLAIM FOR RELIEF**

**(Personal Injuries: P.H., a minor by and through his Guardian ad Litem CANDACE HOLGERSON)**

Plaintiff P.H., a minor by and through his Guardian *ad Litem* CANDACE HOLGERSON against Defendants L & L TRUCKING LLC and JESUS EUTIMIO SERRANO HERNANDEZ and alleges as follows:

18.    Defendants L & L TRUCKING LLC and JESUS EUTIMIO SERRANO HERNANDEZ were the operators and/or owners of the subject vehicle.

///

///

-5-

**Complaint; Demand for Jury Trial**

19.    Defendants JESUS EUTIMIO SERRANO HERNANDEZ was the agent, employee or contractor of Defendant L & L TRUCKING LLC and was at all times acting within the course and scope of said agency, employment or contract, and with the permission, knowledge and consent of Defendant L & L TRUCKING LLC.

20.    Defendant L & L TRUCKING LLC also negligently hired, trained, and/or supervised Defendant JESUS EUTIMIO SERRANO HERNANDEZ in such a fashion as to cause and/or contribute to the occurrence of the incident described herein.

21.    Defendants, and each of them, negligently entrusted, managed, maintained, drove, operated, repaired, manufactured and designed the vehicle so as to cause the collision and the resulting injuries and damages to Plaintiffs.

22.    As a result of the negligence of Defendants, Plaintiff P.H., a minor by and through his Guardian *ad Litem* CANDACE HOLGERSON suffered personal / bodily injuries, resulting in economic and non-economic damages.  Economic damages include, but are not limited to, (1) past and future medical and/or ancillary related expenses, (2) past and future income and/or earning capacity loss, (3) loss of ability to provide household services, and (4) incidental and consequential damages and/or property damage and loss of use.  Non-economic damages include, but are not limited to (1) past and future physical and mental suffering, (2) loss of enjoyment of life, (3) physical impairment, (4) inconvenience, (5) anxiety, and (6) emotional distress.

23.    That Plaintiff P.H., a minor by and through his Guardian *ad Litem* CANDACE HOLGERSON is the son of Plaintiff CANDACE HOLGERSON and ARVID HOLGERSON and brother to Plaintiff B.H.  That Plaintiff P.H. observed his mother, father, and sister suffer from the injuries described herein at the time of the subject incident and as a consequence of the aforementioned conduct of Defendants, and each of them, and sustained emotional distress from such observation of the injuries sustained by his mother, father and sister, caused by the aforementioned conduct of the Defendants.

Plaintiff P.H., a minor by and through his Guardian *ad Litem* CANDACE HOLGERSON prays for judgment against Defendants for:

///

---

**Complaint; Demand for Jury Trial**

a.    Non-economic damages in excess of the jurisdictional limit of this Court;

b.    All medical and incidental expenses according to proof;

c.    All loss of earnings according to proof;

d.    Prejudgment interest to the extent permitted by law;

e.    All costs of suit; and

f.    Such other and further relief as this Court may deem just and proper.

**THIRD CLAIM FOR RELIEF**

**(Personal Injuries: B.H., a minor by and through her Guardian ad Litem CANDACE**

**HOLGERSON)**

Plaintiff B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON complains against Defendants L & L TRUCKING LLC and JESUS EUTIMIO SERRANO HERNANDEZ and alleges as follows:

24.    Defendants L & L TRUCKING LLC and JESUS EUTIMIO SERRANO HERNANDEZ were the operators and/or owners of the subject vehicle.

25.    Defendants JESUS EUTIMIO SERRANO HERNANDEZ was the agent, employee or contractor of Defendant L & L TRUCKING LLC and was at all times acting within the course and scope of said agency, employment or contract, and with the permission, knowledge and consent of Defendant L & L TRUCKING LLC.

26.    Defendant L & L TRUCKING LLC also negligently hired, trained, and/or supervised Defendant JESUS EUTIMIO SERRANO HERNANDEZ in such a fashion as to cause and/or contribute to the occurrence of the incident described herein.

27.    Defendants, and each of them, negligently entrusted, managed, maintained, drove, operated, repaired, manufactured and designed the vehicle so as to cause the collision and the resulting injuries and damages to Plaintiffs.

28.    As a result of the negligence of Defendants, Plaintiff B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON suffered personal / bodily injuries, resulting in economic and non-economic damages.  Economic damages include, but are not limited to, (1) past and future medical and/or ancillary related expenses, (2) past and future income and/or

-7-

**Complaint; Demand for Jury Trial**

earning capacity loss, (3) loss of ability to provide household services, and (4) incidental and consequential damages and/or property damage and loss of use.  Non-economic damages include but are not limited to (1) past and future physical and mental suffering, (2) loss of enjoyment of life, (3) physical impairment, (4) inconvenience, (5) anxiety, and (6) emotional distress.

29.     That Plaintiff B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON is the daughter of Plaintiff CANDACE HOLGERSON and ARVID HOLGERSON and sister to Plaintiff P.H.  That Plaintiff B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON observed her mother, father, and brother suffer from the injuries described herein at the time of the subject incident and as a consequence of the aforementioned conduct of Defendants, and each of them, and sustained emotional distress from such observation of the injuries sustained by her mother, father and brother, caused by the aforementioned conduct of the Defendants.

Plaintiff B.H., a minor by and through her Guardian *ad Litem* CANDACE HOLGERSON prays for judgment against Defendants for:

a.     Non-economic damages in excess of the jurisdictional limit of this Court;

b.     All medical and incidental expenses according to proof;

c.     All loss of earnings according to proof;

d.     Prejudgment interest to the extent permitted by law;

e.     All costs of suit; and

f.     Such other and further relief as this Court may deem just and proper.

DATED:  October 24, 2022                    **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


By:  /s/ *Kelsey J. Fischer*
                                                KELSEY J. FISCHER

-8-

**Complaint; Demand for Jury Trial**

1
2
3

**<u>DEMAND FOR JURY TRIAL</u>**

4

Plaintiffs Plaintiffs are CANDACE HOLGERSON, ARVID HOLGERSON, P.H., a minor by and

5

through his Guardian *ad Litem* CANDACE HOLGERSON, and B.H., a minor by and through her

6

Guardian *ad Litem* CANDACE HOLGERSON hereby demand trial by jury of each Claim for Relief

7

set forth in this Complaint and in this matter.

8

DATED: October 24, 2022                    **DREYER BABICH BUCCOLA WOOD CAMPORA, LL**

9
10

By:___/s/ Kelsey J. Fischer_____
     KELSEY J. FISCHER

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-9-

**Complaint; Demand for Jury Trial**