UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE HOLGERSON, et al., | No. 2:22-cv-01934-DAD-AC |
| Plaintiffs, | |
| v. | ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE |
| L&L TRUCKING LLC, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), the pending motions to appoint guardian *ad litem* for the minors P.H. and B.H. filed by plaintiff Candace Holgerson (Doc. Nos. 4–5) are hereby referred to United States Magistrate Judge Allison Claire for issuance of an order in accordance with 28 U.S.C. § 636(b)(1)(A).

IT IS SO ORDERED.

Dated: **November 21, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE